**DISMISS and Opinion Filed August 21, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00101-CV**

## IN THE INTEREST OF A.W. AND A.RB.W., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50032-2022**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. By postcard dated July 5, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b).

/Robbie Partida-Kipness/

ROBBIE PARTIDA-KIPNESS
JUSTICE

230101F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.W. AND
A.RB.W., CHILDREN

No. 05-23-00101-CV

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-50032-
2022.
Opinion delivered by Justice Partida-
Kipness.  Justices Reichek and
Miskel participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered August 21, 2023